## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VANNIE GRIFFIN and DEBORAH A. GRIFFIN** | §<br>§<br>§ | |
| **v.** | §<br>§ | **Civil Cause No. _____** |
| **WERNER ENTERPRISES, INC., and PERRY WAYNE ADAMS** | §<br>§<br>§ | |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WERNER ENTERPRISES, INC., Defendant in the above-referenced matter, and files this its Notice of Removal under 28 U.S.C. § 1332(a).

## I.
## INTRODUCTION

1.      Plaintiff VANNIE GRIFFIN is an individual citizen and resident of the State of Ohio.

2.      Plaintiff DEBORAH A. GRIFFIN is an individual citizen and resident of the State of Ohio.

3.      Defendant WERNER ENTERPRISES, INC. is a foreign corporation duly registered and incorporated and maintaining its principal place of business within the state of Nebraska.

4.      Defendant PERRY WAYNE ADAMS is an individual citizen and resident of the State of California.

5.      Defendant WERNER ENTERPRISES, INC. and PERRY WAYNE ADAMS were served with suit on or about March 19, 2015.  Defendants, therefore, have filed this Notice of Removal within the thirty-day time period required by federal law.

6.      Plaintiffs have sued Defendant Werner Enterprises, Inc. asserting that the alleged negligence on the part of Defendant Perry Wayne Adams can be imputed to the Defendant on the doctrine of *respondeat superior* in the 101st Judicial District Court of Dallas County, Texas, Cause No. DC-15-02602.

## II.
## BASIS FOR REMOVAL

7.      Removal is proper under 28 U.S.C. § 1332(a) because Plaintiffs' suit is a civil action in which this Court has original jurisdiction over the parties, based upon diversity jurisdiction under 28 U.S.C. § 1332.  This action is one which is removable to this Court pursuant to the provisions of 28 U.S.C. §1441(b) because Plaintiffs are citizens of the State of Ohio, Defendant Werner is a Nebraska corporation, Defendant Adams is a citizen of the State of California.

8.      The Defendant is now, and was at the time the removed action was commenced, diverse in citizenship from the Plaintiffs.  28 U.S.C. § 1332.  Accordingly, because the notice of removal was filed within thirty days (30) after the receipt of a copy of the initial pleading setting forth the claim for relief this removal is proper and timely under 28 U.S.C. §1446(b).

9.      The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00).  Plaintiffs' Original Petition, attached to this Notice, alleges that Plaintiffs intend to show that their damages exceed the sum of $100,000.00. *See Plaintiffs' Original Petition, page 1.*

10.     All pleadings, process, orders, and all other filings in the State Court action are attached to the Notice of Removal as required by 28 U.S.C. § 1446(a) and are resubmitted herewith.

11.     The United States District Court for the Northern District of Texas, Dallas Division, embraces Dallas County, Texas, the place where the State Court Action was filed and is pending. This statement is not meant as a waiver of any argument that venue is proper in the location in which the State Court Action was filed, but merely demonstrates the propriety of removing the action to this federal judicial district.

12.     Defendant filed a copy of the Notice of Removal with the Clerk of the State Court in which the action had been pending.

13.     Defendant hereby demands a trial by jury in accordance with the provisions of FED. R. CIV. P. 38.

WHEREFORE, Defendant, as a party in diversity with the Plaintiffs, respectfully request that this action be immediately and entirely removed upon filing this Notice of Removal to the United States District Court for the Northern District of Texas, Dallas Division, and for such other and further relief to which they may show itself to be justly entitled.

Respectfully Submitted,


*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Fee, Smith, Sharp & Vitullo, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

G. David Smith
Ryan K. Lee
Law Office of G. David Smith P.C.
702 N. Goliad
Rockwall, TX  75087
david@gdavidsmith.com
ryan@gdavidsmith.com

and

*Of Counsel:*
Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH  43604-7551
mwilliams-young@spitlerwilliams-young.com


*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **VANNIE GRIFFIN and DEBORAH A.** | § | |
| **GRIFFIN** | § | |
| | § | |
| **v.** | § | **Civil Cause No. _____** |
| | § | |
| **WERNER ENTERPRISES, INC., and** | § | |
| **PERRY WAYNE ADAMS** | § | |

### INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all documents filed in the state court action.

Respectfully Submitted,

*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Fee, Smith, Sharp & Vitullo, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

G. David Smith
Ryan K. Lee
Law Office of G. David Smith P.C.
702 N. Goliad
Rockwall, TX 75087
david@gdavidsmith.com
ryan@gdavidsmith.com

and

*Of Counsel:*
Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH 43604-7551
mwilliams-young@spitlerwilliams-young.com

*/s/ Michael P. Sharp*
_____
**MICHAEL P. SHARP**

**INDEX OF PLEADINGS FILED IN STATE COURT ACTION**                      **PAGE 2**

## INDEX

| | |
|---|---|
| 04/13/15 | Register of Actions |
| 03/06/15 | Plaintiffs' Original Petition |
| 03/10/15 | Letter from Plaintiffs' attorney to court for citation issuance |
| 03/18/15 | Citation for Service on Defendant Werner Enterprises, Inc. |
| 03/18/15 | Citation for Service on Defendant Perry Wayne Adams |
| 03/20/15 | Officers Return - Service on Defendant Werner Enterprises, Inc. |
| 03/20/15 | Affidavit of Service for Defendant Werner Enterprises, Inc. |
| 03/25/15 | Return of Service - Service on Defendant Perry Wayne Adams |
| 04/06/15 | Notice of Status Conference from Court to Plaintiffs' Attorney G. David Smith |
| 04/06/15 | Notice of Status Conference from Court to Defendant Perry Wayne Adams |
| 04/06/15 | Notice of Status Conference from Court to Defendant Werner Enterprises, Inc. |
| 04/09/15 | Defendants' Original Answer |
| 04/09/15 | Defendants' Letter to Court to Pay Jury Fee |
| 04/09/15 | Attorney Vacation Letter for Michael P. Sharp |

## **REGISTER OF ACTIONS**

# REGISTER OF ACTIONS

## CASE NO. DC-15-02602

VANNIE GRIFFIN, et al vs. WERNER ENTERPRISES, INC., et al   §          Case Type:  **MOTOR VEHICLE ACCIDENT**
al                                         §          Date Filed:  **03/06/2015**
                                                  §          Location:  **101st District Court**
                                                  §

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **DEFENDANT** | **ADAMS, PERRY WAYNE** | MICHAEL PAUL SHARP<br>*Retained*<br>972-934-9100(W) |
| **DEFENDANT** | **WERNER ENTERPRISES, INC.** | MICHAEL PAUL SHARP<br>*Retained*<br>972-934-9100(W) |
| **PLAINTIFF** | **GRIFFIN, DEBORAH A.** | G DAVID SMITH<br>*Retained*<br>972-771-2579(W) |
| **PLAINTIFF** | **GRIFFIN, VANNIE** | G DAVID SMITH<br>*Retained*<br>972-771-2579(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/06/2015 | **NEW CASE FILED (OCA) - CIVIL** |
| 03/06/2015 | **ORIGINAL PETITION** |
| | *Plaintiff's Original Petition* |
| 03/06/2015 | **ISSUE CITATION** |
| 03/06/2015 | **ISSUE CITATION COMM OF INS OR SOS** |
| 03/10/2015 | **REQUEST FOR SERVICE** |
| | *Additional $4 fee for Citation* |
| 03/18/2015 | **CITATION** |
| | *ESERVE 4544744* |

| | | | |
|---|---|---|---|
| | WERNER ENTERPRISES, INC. | Served<br>Returned | 03/19/2015<br>03/20/2015 |

| | |
|---|---|
| 03/18/2015 | **CITATION SOS/COI/COH/HAG** |
| | *ESERVE 4544744* |

| | | | |
|---|---|---|---|
| | ADAMS, PERRY WAYNE | Served<br>Returned | 03/19/2015<br>03/25/2015 |

| | |
|---|---|
| 03/18/2015 | **CITATION ISSUED** |
| | *1 REGULAR AND 1 COH* |
| 03/20/2015 | **RETURN OF SERVICE** |
| | *WERNER ENTRPRISES RA WILLIAM CLARK CITATION SERVED* |
| 03/25/2015 | **RETURN OF SERVICE** |
| | *RETURN OF SERVICE* |
| 04/09/2015 | **JURY DEMAND** |
| | *LETTER TO COURT TO PAY JURY FEE* |
| 04/09/2015 | **ORIGINAL ANSWER - GENERAL DENIAL** |
| 04/09/2015 | **VACATION LETTER** |
| 06/19/2015 | Status Conference (9:00 AM) (Judicial Officer WILLIAMS, STACI) |
| | *mailed 4.6.15* |

---

### FINANCIAL INFORMATION

**DEFENDANT WERNER ENTERPRISES, INC.**

| | | | | |
|---|---|---|---|---|
| | **Total Financial Assessment** | | | 30.00 |
| | **Total Payments and Credits** | | | 30.00 |
| | **Balance Due as of 04/14/2015** | | | **0.00** |
| 04/10/2015 | Transaction Assessment | | | 30.00 |
| 04/10/2015 | CREDIT CARD - TEXFILE (DC) | Receipt # 21077-2015-DCLK | WERNER ENTERPRISES, INC. | (30.00) |


**PLAINTIFF GRIFFIN, VANNIE**

| | | | | |
|---|---|---|---|---|
| | **Total Financial Assessment** | | | 297.00 |
| | **Total Payments and Credits** | | | 297.00 |
| | **Balance Due as of 04/14/2015** | | | **0.00** |
| 03/09/2015 | Transaction Assessment | | | 293.00 |
| 03/09/2015 | CREDIT CARD - TEXFILE (DC) | Receipt # 13336-2015-DCLK | GRIFFIN, VANNIE | (293.00) |
| 03/18/2015 | Transaction Assessment | | | 4.00 |
| 03/18/2015 | CREDIT CARD - TEXFILE (DC) | Receipt # 15627-2015-DCLK | GRIFFIN, VANNIE | (4.00) |

**PLAINTIFFS' ORIGINAL PETITION**

FILED
DALLAS COUNTY
4/6/2015 1:48:03 PM
FELICIA PITRE
DISTRICT CLERK

Tonya Pointer

DC-15-02602

CAUSE NO. _____

| | | |
|---|---|---|
| VANNIE GRIFFIN and DEBORAH A. GRIFFIN, | § § § | IN THE DISTRICT COURT |
| Plaintiffs | § § | |
| vs. | § § | |
| WERNER ENTERPRISES, INC. and PERRY WAYNE ADAMS, | § § § § | OF DALLAS COUNTY, TEXAS |
| Defendants | § | _____JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Vannie Griffin and Deborah A. Griffin complain of Defendants Werner Enterprises, Inc. And Perry Wayne Adams, Defendants, and in support thereof would show the Court the following:

### I.
### DISCOVERY LEVEL

Discovery is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure. This case involves a controversy in which monetary damages in excess of $100,000.00 and less than $1,000,000.00 are sought. Pursuant to Tex. R. Civ. P. 47, plaintiff pleads alternatively for damages in the amounts specified in Rule 47 (c) (3) and (4).

### II.
### PARTIES

Plaintiffs are residents of Toledo, Ohio.

Defendant Werner Enterprises, Inc. is a corporation incorporated under the laws of the State of Nebraska with a registered office as a foreign corporation doing business in Dallas, Dallas County,

---

**PLAINTIFF'S ORIGINAL PETITION - PAGE 1**

Texas. It may be served with process by and through its Texas registered agent for service, William

L. Clark, at 8601 Peterbilt Avenue, Dallas, Texas 75241.

Defendant Perry Wayne Adams is a non-resident of the State of Texas. This case arises from

the operation of a motor vehicle by Defendant Williams while acting as an employee of Defendant

Werner Enterpises, Inc. Service upon Defendant Adams should be made in compliance with *Tex.*

*Civ. Prac. & Rem. Code § 17.061 et seq*. The clerk is hereby requested to issue citation and process

in this case to the chairman of the Texas Transportation Commission as agent for Defendant Adams

in accordance with *Tex. Civ. Prac. & Rem. Code § 17.063*. In turn, the chairman shall deliver a copy

of the process along with notice that process has been served upon him to Defendant Adams

pursuant to said statute. Said notice by the chairman is to be sent via registered or certified mail,

return receipt requested. The clerk is directed to issue citation and process pursuant to *Tex. R. Civ.*

*P.* 103 and 106 to the chairman at the following address:

> Ted Houghton, Chairman
> Texas Transportation Commission
> 125 E. 11th Street
> Austin, Texas 78701-2483

The chairman, in turn, is to deliver process to Defendant Adams at the following address:

> Perry Wayne Adams
> 1962 Lakewood Drive, Apt. C
> San Jose, California 95132-1438

### III.
### VENUE & JURISDICTION

Pursuant to §15.002 *et seq.* of the Texas Civil Practice and Remedies Code, venue is proper

in Dallas County because Defendant Werner Enterprises, Inc. maintains its principal office in Texas

in Dallas County, Texas. This Court has jurisdiction over the lawsuit as the relief sought is within the jurisdictional limits of the Court.

## IV.
## FACTUAL BACKGROUND

This lawsuit results from a rear-end collision that occurred on Interstate 30 near Royse City, Texas. On or about March 12, 2013, Plaintiff Vannie Griffin was operating his semi-tractor trailer in a lawful manner while traveling westbound on Interstate 30. Defendant Adams was operating a semi-tractor trailer owned by Defendant Werner Enterprises, Inc. (Werner). Adams was traveling in the same direction as the Plaintiff. Adams was, at all times relevant, acting in the course and scope of his agency with Werner, whether as an agent, employee, or contractor under the control of or with authority granted by Werner to act on its behalf.

Defendant Adams' vehicle struck the rear of Plaintiff Griffin's vehicle. The impact was severe and caused serious injuries to Plaintiff Griffin. At all times, Plaintiff Griffin was operating his vehicle in a safe and prudent manner.

At all times relevant hereto, Plaintiffs Vannie and Deborah Griffin were and are married.

## V.
## CAUSES OF ACTION

### Negligence of Defendant Perry Wayne Adams

Plaintiff hereby re-alleges and incorporates by reference the preceding paragraphs. The occurrence made the basis of this lawsuit, referred to above, and the resulting injuries and damages, were proximately caused by the negligent conduct of Defendant Adams, including but not limited to the following:

a.      Defendant failed to keep a proper lookout;

b.      Defendant drove his vehicle at a greater rate of speed than the speed at which a reasonable prudent person would have driven under the same or similar circumstances in violation of local ordinances and TEX. TRANS. CODE ANN. §545.351;

c.      Defendant failed to control his speed pursuant to TEX. TRANS. CODE ANN. §545.351;

d.      Defendant failed to drive in a non-reckless manner pursuant to TEX. TRANS. CODE ANN. §545.401;

e.      Defendant failed to maintain a safe following distance between two vehicles pursuant to §545.062 of the TEX. TRANS. CODE ANN.;

f.      Defendant failed to timely apply the brakes on his vehicle immediately prior to the collision in question;

g.      Defendant operated a vehicle with defective equipment and/or operated the venicle when it was in a defective condition which the Defendant knew or should have known to exist;

g.      Defendant failed to take proper evasive action in order to avoid the collision in question; and

h.      Defendant was distracted while driving.

The above enumerated acts and omissions, singularly or in combination with others, individually and collectively constituted negligence which proximately cause the collision and proximately caused the injuries and damages to Plaintiff as set forth more particularly hereinafter.

### Negligence Per Se

Defendant was negligent per se in violating one or more of the following particulars:

a.      In failing to drive in a non-reckless manner. TEX. TRANS. CODE ANN. §545.401;

b.      In driving at a speed greater than that which is reasonable and prudent under the

circumstances then existing.  TEX TRANS CODE ANN. §545.401;

c.     In failing to keep a safe assured distance.  TEX TRANS. CODE ANN. §545.062; and

d.     In failing to maintain a safe following distance between two vehicles pursuant to §545.062. of the TEX. TRANS. CODE ANN.

The above enumerated acts and omissions, singularly or in combination with others, individually and collectively constituted negligence per se which proximately caused the collision and proximately caused the injuries and damages to Plaintiff as set forth more particularly hereinafter.

### Negligence of Werner

Defendant Werner had a duty to protect the Plaintiff and other drivers from harm caused by its vehicles.  Specifically, Werner had a duty to maintain its vehicles in good operating condition and prevent the vehicles from operating on the road with defective or malfunctioning components. Defendant Werner also had the duty to train and instruct the drivers of its vehicles on how to operate the vehicles in a safe and prudent manner.  Defendant Werner failed to maintain its equipment and/or failed to train Defendant Adams on safe operation of its vehicle.  Such failures were a proximate cause of the collision described above and the damages that resulted therefrom.

### VI.
### AGENCY AND RESPONDEAT SUPERIOR

Defendant Werner is vicariously liable for the torts of an employee committed in the course of his employment.  As Defendant Adams was operating his vehicle in the course and scope of his employment with Defendant Werner, it is liable for Defendant Adam's negligent conduct.

## VII
## DAMAGES TO PLAINTIFF

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs

sustained damages. These included injuries that are, in reasonable probability, permanent in nature.

These damages are as follows:

a.  Plaintiff Vannie Griffin incurred reasonable and necessary medical expenses in the past and can reasonably expect to incur future medical costs for the necessary treatment of the injuries he sustained in the collision;

b.  Plaintiff Vannie Griffin experienced physical pain and mental anguish in the past as a result of his physical injuries and, in all reasonable probability, will sustain physical pain and mental anguish in the future as a result of his physical injuries; and

c.  Plaintiff Vannie Griffin experienced impairment in the past as a result of his physical injuries, and in all reasonable probability, will sustain impairment in the future as a result of his physical injuries.

d.  Plaintiff Vannie Griffin experienced a loss of wages due to the incapacity caused by his injuries. Such loss continues and will, in all reasonable probability, continue into the future;

e.  Both Plaintiffs Vannie Griffin and Deborah Griffin have suffered a loss of consortium due the injuries sustained by Vannie Griffin. Such loss will continue into the future; and

f.  Plaintiff Deborah Griffin has suffered a loss of services to the marriage and household due to the injuries and incapacity of Vannie Griffin. Such losses are expected to continue into the future;

## VIII.
## REQUESTS FOR DISCLOSURE

Pursuant to Tex. R. Civ. P. 194, each Defendant named herein is requested to disclose to

Plaintiffs, no later than fifty (50) days of service of this request, the information or material described

in Rule 194.2.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein and, upon final hearing hereof, Plaintiffs have:

1. Judgment against Defendants for the actual and special damages suffered by Plaintiffs as a result of Defendants' negligent conduct in an amount in excess of the minimum jurisdictional limits of the Court;

2. Prejudgment and post judgment interest as provided by law; and

3. Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

LAW OFFICE OF G. DAVID SMITH P.C.
Attorney for Plaintiffs

By: /s/ G. David Smith
    Law Office of G. David Smith P.C.
    G. David Smith
    david@gdavidsmith.com
    Texas Bar #18596300
    Ryan K. Lee
    ryan@gdavidsmith.com
    Texas Bar #24070129
    702 N. Goliad
    Rockwall, Texas 75087
    (972) 771-2579
    (972) 771-0513 Facsimile

SPITLER AND WILLIAMS-YOUNG
CO., L.P.A.
Of Counsel

By: /s/ Marc G. Williams-Young
Marc G. Williams-Young
mwilliams-young@spitlerwilliams-young.com
    Ohio Bar No. 0009825
    1000 Adams Street, Suite 200
    Toledo, Ohio 43604-7551
    (419) 242-1555
    (419) 242-8827 Facsimile

**LETTER FROM PLAINTIFFS' ATTORNEY TO COURT
FOR CITATION ISSUANCE**

FILED
DALLAS COUNTY
3/10/2015 9:04:17 AM
FELICIA PITRE
DISTRICT CLERK

Maria Sanchez

# Law Offices of G. David Smith, P.C.

**702 N. Goliad**
**Rockwall, Texas 75087**
**(972) 771-2579 Fax (972)771-0513**
**Toll Free (800) 548-8128**
**www.gdavidsmith.com**

G. David Smith, Attorney                                                          Diane Martin,
Board Certified – Personal Injury Trial Law                                   Legal Assistant
Texas Board of Legal Specialization                                       diane@gdavidsmith.com
Email: david@gdavidsmith.com

Ryan K. Lee, Attorney
Email: ryan@gdavidsmith.com

March 16, 2015

Re:    *Vannie Griffin, et al vs Werner Enterprises, Inc., et al*

To Whom It May Concern:

  Enclosed you will find:
  - The additional $4 for citation issuance.

  Please e-serve all citation to david@gdavidsmith.com.

      Thank you.

      Christi Thompson

**CITATION FOR SERVICE ON DEFENDANT WERNER ENTERPRISES, INC.**

**FORM NO. 353-3 – CITATION**
## THE STATE OF TEXAS

To:

    **WERNER ENTERPRISES, INC.**
    **BY SERVING ITS REGISTERED AGENT WILLIAM L CLARK**
    **8601 PETERBILT AVENUE**
    **DALLAS TX 75241**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **VANNIE GRIFFIN AND DEBORAH A GRIFFIN**

Filed in said Court **6th day of March, 2015** against

**WERNER ENTERPRISES, INC. AND PERRY WAYNE ADAMS**

For Suit, said suit being numbered **DC-15-02602,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of March, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



          /s/ Shelia Bradley
By_____, Deputy
          SHELIA BRADLEY

---

**ESERVE**

## CITATION

### DC-15-02602

**VANNIE GRIFFIN, et al**
vs.
**WERNER ENTERPRISES, INC.,**
**et al**

ISSUED THIS
**18th day of March, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SHELIA BRADLEY, Deputy

**Attorney for Plaintiff**
G DAVID SMITH
702 N GOLIAD
ROCKWALL    TX 75087
972-771-2579
DAVID@GDAVIDSMITH.COM

## DALLAS COUNTY
## SERVICE FEES
## NOT PAID

# OFFICER'S RETURN

Case No. : DC-15-02602

Court No.101st District Court

Style: VANNIE GRIFFIN, et al

vs.

WERNER ENTERPRISES, INC., et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County,_____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

## CITATION FOR SERVICE ON DEFENDANT PERRY WAYNE ADAMS

FORM NO. 353-4—CITATION
THE STATE OF TEXAS

ESERVE (COH)

CITATION

To:     **PERRY WAYNE ADAMS**
        **1962 LAKEWOOD DRIVE APT C**
        **TED HOUGHTON CHAIRMAN TEXAS TRANSPORTATION COMMISSION**
        **125 E 11TH STREET**
        **AUSTIN, TX, 78701-2483**

| No.: DC-15-02602 |
| --- |

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
    Your answer should be addressed to the clerk of the **101st District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **VANNIE GRIFFIN AND DEBORAH A GRIFFIN**

Filed in said Court 6th day of March, 2015 against
    **WERNER ENTERPRISES, INC. AND PERRY WAYNE ADAMS**

    For suit, said suit being numbered  **DC-15-02602**  the nature of which demand is as follows:
    Suit On  **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
    Given under my hand and the Seal of said Court at office on this the **18th day of March, 2015**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

                                    /s/ Shelia Bradley
                    By_____, Deputy
                              **SHELIA BRADLEY**



**VANNIE GRIFFIN, ET AL**
**VS.**
**WERNER ENTERPRISES, INC., ET AL**

ISSUED
**ON THIS THE 18TH DAY OF MARCH,**
**2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **SHELIA BRADLEY**, Deputy

Attorney for : Plaintiff
**G DAVID SMITH**
**702 N GOLIAD**
**ROCKWALL TX  75087**
**DAVID@GDAVIDSMITH.COM**
**972-771-2579**

# DALLAS COUNTY
# SERVICE FEES
# NOT PAID

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-15-02602

Court No: 101st District Court

Style: VANNIE GRIFFIN, et al
vs.
WERNER ENTERPRISES, INC., et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ____.M.  Executed at _____, within the County of _____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock ____ .M. by summoning the within named Corporation,_____, by delivering to _____ President - Vice President - Registered Agent - in person, of the said a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
Signed and sworn to me by the said _____ before me this_____ day of_____, 20_____, to certify which witness my hand and seal of office.

Seal                                        State & County of

**<u>OFFICER'S RETURN – SERVICE ON DEFENDANT</u>**
**<u>WERNER ENTERPRISES, INC.</u>**

Dianne Coffey

FILED
DALLAS COUNTY
3/20/2015 1:34:35 PM
FELICIA PITRE
DISTRICT CLERK

## OFFICER'S RETURN

Case No. : DC-15-02602

Court No.101st District Court

Style: VANNIE GRIFFIN, et al

vs.

WERNER ENTERPRISES, INC., et al

Came to hand on the _19th_ day of _March_, 20 _15_, at _1:00_ o'clock _P_.M. Executed at _8601 Peterbuilt Ave Dallas Tx 75241_ within the County of _Dallas_ at _1:35_ o'clock _P_.M. on the _19_ day of _March_ 20 _15_, by delivering to the within named _Werner Enterprises Inc. by Serving its registered agent William L. Clark_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

_Krystal Jones_
_TX SC 10814_
_Exp. 03/31/2017_

For serving Citation          $_____
For mileage                    $_____      of _Dallas_  County, _Texas_
For Notary                     $_____      By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _Krystal Jones_ before me this _20_ day of _March_, 20 _15_,
to certify which witness my hand and seal of office.

Notary Public _Dallas_  County _TX_

SHERYL L. FRATUS
Notary Public, State of Texas
My Commission Expires
January 12, 2016

**FORM NO. 353-3 - CITATION**
# THE STATE OF TEXAS

To:

    WERNER ENTERPRISES, INC.
    BY SERVING ITS REGISTERED AGENT WILLIAM L CLARK
    8601 PETERBILT AVENUE
    DALLAS TX 75241

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **VANNIE GRIFFIN AND DEBORAH A GRIFFIN**

Filed in said Court **6th day of March, 2015** against

**WERNER ENTERPRISES, INC. AND PERRY WAYNE ADAMS**

For Suit, said suit being numbered **DC-15-02602**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 18th day of March, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



          By /s/ Shelia Bradley
          _____, Deputy
          SHELIA BRADLEY

---

**ESERVE**

# CITATION

## DC-15-02602

**VANNIE GRIFFIN, et al**
vs.
**WERNER ENTERPRISES, INC., et al**

ISSUED THIS
18th day of March, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SHELIA BRADLEY, Deputy

---

**Attorney for Plaintiff**
G DAVID SMITH
702 N GOLIAD
ROCKWALL        TX 75087
972-771-2579
DAVID@GDAVIDSMITH.COM

## DALLAS COUNTY
## SERVICE FEES
## NOT PAID

**AFFIDAVIT OF SERVICE FOR**
**DEFENDANT PERRY WAYNE ADAMS**

FILED
DALLAS COUNTY
3/25/2015 12:39:01 PM
FELICIA PITRE
DISTRICT CLERK
Diane Coffey

Dallas County 101st District Court

Plaintiff
Vannie Griffin and Deborah A. Griffin

Case No.: DC-15-02602

Defendant
Werner Enterprises, Inc. and Perry Wayne Adams

## RETURN OF SERVICE

I Larry Pollock, being duly sworn, depose and say, I have been duly authorized by the Supreme Court of Texas to serve Citations and other Notices as well as make service of the document(s) listed herein in the above styled case.

**For:** Ryan K. Lee

**Date Received:** 3/19/2015          1:51 PM

**Document(s):** Citation with Original Petition

**Serve To:** Perry Wayne Adams through the Texas Department of Transporation

**Address:** 125 E. 11th St, Austin, TX 78701

**Date Served:** 3/19/2015          2:30 PM

**Method of Service:** Personally

**Person Served:** Perry Wayne Adams through the Texas Department of Transporation by personal delivery to Sierra R. Fallin., Authorized Agent for Service of Process

**Address:** 125 E. 11th St, Austin, TX 78701

My name is Larry Pollock my date of birth is _7/9/50_, and my address is 316 West 12th Street, Ste. 316 Austin, TX 78701 U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Travis_ County, State of _Texas_ on the _19th_ day of _March_, 20_15_

Larry Pollock, SCH10370 Certification Expires:06/30/2016
Weeks & Associates, LLC
316 West 12th Street, Ste. 316
Austin, TX 78701
(512) 472-9989
(512) 494-1133

ID: 20372
Client Reference: 5004.14
Service Fee: _75_

**NOTICE OF STATUS CONFERENCE FROM COURT TO
PLAINITFFS' ATTORNEY G. DAVID SMITH**



101st District Court
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604
April 06, 2015

G DAVID SMITH
LAW OFFICE G DAVID SMITH
702 N GOLIAD
ROCKWALL          TX  75087

  Re: VANNIE GRIFFIN, et al  vs.  WERNER ENTERPRISES, INC., et al
    DC-15-02602

All Counsel of Record/Pro Se Litigants:

This letter is to advise you that this matter is set for a Status Conference hearing on **June 19, 2015** at **9:00 AM** in this Court.

Sincerely,

Honorable STACI WILLIAMS
Presiding Judge

DBT/fll
pc:  PERRY WAYNE ADAMS; WERNER ENTERPRISES, INC.; G DAVID SMITH

**NOTICE OF STATUS CONFERENCE FROM COURT TO
DEFENDANT PERRY WAYNE ADAMS**



101st District Court
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604
April 06, 2015

PERRY WAYNE ADAMS
Through Ted Houghton
125 E 11TH STREET
AUSTIN TX 78701-2483

      Re:    VANNIE GRIFFIN, et al vs. WERNER ENTERPRISES, INC., et al
             DC-15-02602

All Counsel of Record/Pro Se Litigants:

This letter is to advise you that this matter is set for a Status Conference hearing on **June 19, 2015** at **9:00 AM** in this Court.

Sincerely,

Honorable STACI WILLIAMS
Presiding Judge

DBT/fll
pc:  PERRY WAYNE ADAMS; WERNER ENTERPRISES, INC.; G DAVID SMITH

**NOTICE OF STATUS CONFERENCE FROM COURT TO
DEFENDANT WERNER ENTERPRISES, INC.**



101st District Court
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS  75202-4604
April 06, 2015

WERNER ENTERPRISES, INC.
BY SERVING ITS REGISTERED AGENT WILLIAM L CLARK
8601 PETERBILT AVENUE
DALLAS TX  75241

      Re:   VANNIE GRIFFIN, et al  vs.  WERNER ENTERPRISES, INC., et al
           DC-15-02602

All Counsel of Record/Pro Se Litigants:

This letter is to advise you that this matter is set for a Status Conference hearing on **June 19, 2015** at **9:00 AM** in this Court.

Sincerely,

Honorable STACI WILLIAMS
Presiding Judge

DBT/fll
pc:  PERRY WAYNE ADAMS; WERNER ENTERPRISES, INC.; G DAVID SMITH

**DEFENDANTS' ORIGINAL ANSWER**

FILED
DALLAS COUNTY
4/9/2015 3:07:52 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

WER.6583

## CAUSE NO. DC15-02602

| | | |
|---|---|---|
| **VANNIE GRIFFIN and DEBORAH A. GRIFFIN** | § § § | **IN THE DISTRICT COURT** |
| | § | **101st JUDICIAL DISTRICT** |
| **v.** | § § | |
| **WERNER ENTERPRISES, INC. and PERRY WAYNE ADAMS** | § § § | **DALLAS COUNTY, TEXAS** |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW **WERNER ENTERPRISES, INC.** and **PERRY WAYNE ADAMS**, Defendants named in the above entitled and numbered cause, and file this their Original Answer, and for same would respectfully show unto the Court as follows:

### I.

### GENERAL DENIAL

Defendants deny each and every, all and singular, the material allegations contained within Plaintiffs' pleadings and demand strict proof thereof pursuant to Rule 92 of the Texas Rules of Civil Procedure.

### II.

### SECTION 18.091

Defendants invoke Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiffs seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability.

Defendants further request the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiffs is subject to federal or state income taxes.

## III.

### SECTION 41. 0105

Defendants invoke Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiffs seek recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiffs. Defendants further request the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiffs is limited to the amount actually paid or incurred by or on behalf of Plaintiffs.

## IV.

### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demand a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendants **WERNER ENTERPRISES, INC.** and **PERRY WAYNE ADAMS** pray that the Plaintiffs take nothing by this suit, that Defendants go hence with their costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 [FAX]

**ATTORNEYS FOR DEFENDANTS**
**WERNER ENTERPRISES, INC. AND**
**PERRY WAYNE ADAMS**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the _9th_ day of _April_ , 2015 as follows:

*Via Facsimile:*

G. David Smith
Ryan K. Lee
Law Office of G. David Smith
702 N. Goliad
Rockwall, TX  75087

And

Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH  43604-7551

_____
**MICHAEL P. SHARP**



**Fee, Smith, Sharp&Vitullo LLP**

Three Galleria Tower · 13155 Noel Road · Suite 1000 · Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  www.feesmith.com

816 Congress Avenue · Suite 1265 · Austin, Texas 78701
P 512-479-8400  F 512-479-8402

**Michael P. Sharp**                                              _msharp@feesmith.com_
_972-980-3255 Direct Dial_

April 9, 2015

**Via Electronic Filing**
Clerk
101st Judicial District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 685
Dallas, TX  75202

> Re:   Cause No. DC15-02602; _Vannie Griffin, et al v. Werner Enterprises, Inc., et al_; In
>        the 101st Judicial District Court, Dallas County, Texas
>        Our File No.:  WER.6583

Dear Clerk:

Enclosed please find Defendants' Original Answer for filing among the papers of the Court in the above-referenced cause of action.

By copy of this letter, we are providing a copy of this filing to all counsel of record.

Thank you for your assistance in this matter and your many other courtesies.

Very truly yours,

Michael P. Sharp

MPS/pac
cc:   **Via Facsimile**

        G. David Smith
        Law Office of G. David Smith
        702 N. Goliad
        Rockwall, TX  75087

Clerk
101st Judicial District Court
April 9, 2015
Page 2




Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH  43604-7551

**DEFENDANTS' LETTER TO COURT TO PAY JURY FEE**

FILED
DALLAS COUNTY
4/9/2015 3:07:52 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood



**Fee, Smith, Sharp & Vitullo LLP**

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  www.feesmith.com

816 Congress Avenue  Suite 1265  Austin, Texas 78701
P 512-479-8400  F 512-479-8402

*Michael P. Sharp*
*972-980-3255 Direct Dial*

*msharp@feesmith.com*

April 9, 2015

*Via Electronic Filing*
Clerk
101st Judicial District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 685
Dallas, TX 75202

Re:   Cause No. DC15-02602; *Vannie Griffin, et al v. Werner Enterprises, Inc., et al*; In
        the 101st Judicial District Court, Dallas County, Texas
        Our File No.:  WER.6583

Dear Clerk:

Please deduct $30.00 from our account in payment of the jury fee in the above-referenced
matter.

Thank you for your assistance in this matter and your many other courtesies.

Very truly yours,

Michael P. Sharp

MPS/pac
cc:   *Via Facsimile*

        G. David Smith
        Law Office of G. David Smith
        702 N. Goliad
        Rockwall, TX  75087

Clerk
101st Judicial District Court
April 9, 2015
Page 2


Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH  43604-7551

**ATTORNEY VACATION LETTER FOR MICHAEL P. SHARP**

FILED
DALLAS COUNTY
4/9/2015 3:07:52 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

**FSSV**

Fee, Smith, Sharp & Vitullo LLP

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  www.feesmith.com

816 Congress Avenue  Suite 1265  Austin, Texas 78701
P 512-479-8400  F 512-479-8402

*Michael P. Sharp*
*972-980-3255 Direct Dial*

*msharp@feesmith.com*

April 9, 2015

*Via Electronic Filing*
Clerk
101st Judicial District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 685
Dallas, TX  75202

Re:   Cause No. DC15-02602; *Vannie Griffin, et al v. Werner Enterprises, Inc., et al*; In
       the 101st Judicial District Court, Dallas County, Texas
       Our File No.:  WER.6583

Dear Clerk:

Please be advised that I will be on vacation from August 19, 2015 – September 1, 2015. I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during this time period.

Thank you for your consideration.

Very truly yours,

Michael P. Sharp

MPS/pac
cc:   *Via Facsimile*

G. David Smith
Law Office of G. David Smith
702 N. Goliad
Rockwall, TX  75087

Clerk
101st Judicial District Court
April 9, 2015
Page 2

Marc G. Williams-Young
Spitler and Williams-Young Co., L.P.A.
1000 Adams Street, Suite 200
Toledo, OH  43604-7551