IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VANNIE GRIFFIN and DEBORAH A. GRIFFIN | § § § |
| v. | §  Civil Cause No. 3:15-cv-01133-D |
| | § |
| WERNER ENTERPRISES, INC., and PERRY WAYNE ADAMS | § § § |

## JOINT MOTION TO DISMISS

Plaintiffs Vannie Griffin and Deborah A. Griffin, joined by Defendants Werner Enterprises, Inc. and Perry Wayne Adams, move this court to dismiss this cause and in support thereof respectfully show as follows:

### I.

### BASIS OF MOTION

The parties have settled and compromised all matters in dispute in this case. As a condition of such settlement, the parties have agreed to submit this motion and a proposed order for dismissal of all claims asserted by and between them in this case with prejudice, assessing costs against the party incurring the same.

The parties agree that the settlement is just and equitable and fully resolves all matters in controversy between them. The Parties ask the Court to grant this motion in furtherance and completion of their settlement agreement.

WHEREFOR, PREMISES CONSIDERED, Plaintiffs Vannie Griffin and Deborah Griffin, joined by Defendants Werner Enterprises, Inc. and Perry Wayne Adams, request that the Court grant this motion and dismiss this cause with prejudice and tax costs against the party incurring the same.

Respectfully submitted,

*/s/G. David Smith*
G. David Smith
Texas Bar Number 185956300
david@smithandlee.com
Ryan K. Lee
Texas Bar Number 24070129
ryan@smithandlee.com
SMITH &LEE, LAWYERS, P.C.
702 N. Goliad
Rockwall, Texas  75087
(972) 771-2579
(972) 771-0513 facsimile
Marc G. Williams-Young
Ohio Bar No. 0009825
mwilliams-young@spitlerwilliams-young.com
SPITLER AND WILLIAMS-YOUNG
CO., L.P.A.
Of Counsel
1000 Adams Street, Suite 200
Toledo, Ohio 43604-7551
(419) 242-1555
(419) 242-8827 Facsimile
PLAINTIFFS' ATTORNEYS

*/s/ Jason A. Burris*
JASON A. BURRIS
State Bar No. 24049591
MICHAEL P. SHARP
State Bar No. 00788857
jburris@feesmith.com
msharp@feesmith.com
Fee, Smith, Sharp & Vitullo, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX  75240
(972) 934-9100
(972) 934-9200 (Fax)
ATTORNEYS FOR DEFENDANTS