IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VANNIE GRIFFIN and DEBORAH A. GRIFFIN | § § § | |
| v. | § § | Civil Cause No. 3:15-CV-1133-D |
| WERNER ENTERPRISES, INC., and PERRY WAYNE ADAMS | § § § | |

## AGREED ORDER OF DISMISSAL

On March 2, 2016, the court considered the Joint Motion to Dismiss the above-entitled and numbered cause submitted by the parties in this case. The Court finds the Motion sufficient and approves the relief requested therein.

IT IS ORDERED THAT the claims asserted by and between the Parties in the above-entitled and numbered cause be and hereby are dismissed with prejudice to the parties for the refiling of the same. All costs of court herein shall be taxed against the party incurring the same.

SIGNED March 2, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

AGREED AS TO FORM AND CONTENT:


/s/G. David Smith_____
 G. David Smith, Attorney for Plaintiffs


/s/ Jason A. Burris_____
Jason A. Burris, Attorney for the Defendants